# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RASU TAYLOR, | : | |
| Plaintiff, | : | Case No. 3:07-cv-454 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| SHAWN F. WALER, et al., | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON JANUARY 15, 2009 (Doc. #32); DENYING AS MOOT PLAINTIFF'S MOTION TO STAY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. #23); DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. #20)**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #32), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on January 15, 2009 (Doc. #32) is **ADOPTED** in full;

2. Plaintiff's Motion to Stay Defendants' Motion for Summary Judgment (Doc. #23) is DENIED as moot; and

3. Defendants' Motion for Summary Judgment (Doc. #20) is DENIED without prejudice.

_____
Walter Herbert Rice
United States District Judge