**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **RASU L. TAYLOR,** | * CASE NO. 3:07-cv-0454 |
| Plaintiff, | * JUDGE WALTER H. RICE |
| v. | * **UNOPPOSED MOTION FOR** |
| | * **EXTENSION OF TIME FOR EXPERT** |
| **SHAWN F. WALER et al.,** | * **DISCLOSURES** |
| Defendants. | * |

ENTRY RESETTING EXPERT DISCLOSURE DATE AND EXPERT REBUTTAL DATE;
PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME (DOC. # 53)
SUSTAINED

---

The unopposed Motion of Plaintiff, seeking an Order of the Court extending the time for identification of experts and rebuttal experts and service of their respective reports from January 7, 2011 and February 11, 2011 (Doc. # 53) is sustained.

Any Plaintiff's expert will be identified and his report served not later than March 4, 2011.

Any Defendant's expert will be identified and his report served not later than April 8, 2011.

Any rebuttal expert will be identified and his report served not later than May 3, 2011.

Expert discovery cut-off is July 29, 2011.

All other dates set forth in this Court's Scheduling Orders of October 29, 2010 and November 22, 2010 are unaffected by these new dates.


DATE:     / - 4 . 11

                              WALTER HERBERT RICE
                            UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record