IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RASU TAYLOR, | : | |
| | : | Case No. 3:07-cv-454 |
| Plaintiff(s), | : | JUDGE WALTER HERBERT RICE |
| - vs - | : | |
| SHAWN F. WALER | : | |
| Defendant(s). | : | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 29, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due within 45 days."