IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RASU TAYLOR,

     Plaintiff(s),

- vs -

SHAWN F. WALER

     Defendant(s).

Case No. 3:07-cv-454

JUDGE WALTER HERBERT RICE

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 29, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due within 45 days."