# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **RASU L. TAYLOR** | : CASE NO. 3:07-cv-0454 |
| Plaintiff, | : JUDGE RICE |
| v. | : MAGISTRATE OVINGTON |
| **SHAWN F. WALER**, *et al.*, | : STIPULATED ORDER OF DISMISSAL |
| Defendants. | : |

The administrative processing of the settlement is complete. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby DISMISSES, with prejudice, all claims against Defendant, City of Huber Heights, Ohio, and this action. Each party will bear his own attorney's fees and expenses.

**SO ORDERED.**

DATED: 3-26-12

*[signature]*
Walter H. Rice
Judge, United States District Court

- 2 -

Submitted by:

/s/ Victoria L. Nilles
Gregory Lockhart (0007791)
glockhart@taftlaw.com
Victoria Nilles (0076616)
vnilles@taft.aw.com
Taft Stettinius & Hollister LLP
40 North Main Street, Suite 1700
Dayton, OH 45423
937-228-2828; Fax: 937-228-2816

Attorneys for Plaintiff
Rasu L. Taylor

/s/ Andrew Neil Yosowitz
Andrew Neil Yosowitz, Esq.
Mark David Landes, Esq.
Isaac, Brant, Ledman and Teetor, LLP
250 E Broad St., Suite 900
Columbus, OH 43215
Phone: 614-221-2121
Email: any@isaacbrant.com
     marklandes@isaacbrant.com

Attorneys for Defendants
Shawn F. Waler, Charles Kash and
Robert Hartman and the City of Huber
Heights, Ohio